IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETSY RICHARDS,

                Plaintiff,

        v.

COMMISSIONER SOCIAL SECURITY ADMINSITRATION,

                Defendant.

Case No. 6:25-cv-00133-SB

**ORDER**

**BECKERMAN, U.S. Magistrate Judge.**

    The Court hereby GRANTS Plaintiff Betsy Richards' ("Plaintiff") unopposed application (ECF No. 16) for $7,051.52 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010), district courts' EAJA fee awards belong to the social security claimant and are subject to offset under the Treasury Offset Program. Consequently, this Court's EAJA fee award belongs to Plaintiff but is subject to offset.

    Plaintiff assigned to her attorney the right to any court-awarded EAJA fees. Thus, if Plaintiff does not owe debt that is subject to offset, the Court's EAJA fee award shall be made

PAGE 1 – ORDER

payable and mailed to Plaintiff's attorney: John E. Haapala, Jr., 401 E 10th Ave., Suite 240, Eugene, Oregon 97401.

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2025.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – ORDER